**UNITED STATES DISTRICT COURT**
**District of Minnesota**

Jorge Ortiz Cedillo

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01214-ECT-LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Jorge C.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is

**TRANSFERRED** to the United States District Court for the District of New Mexico.

Date: 2/18/2026

KATE M. FOGARTY, CLERK